853 F.2d 923
 West Side Sportswear, Inc.
v.
International Ladies' Garment Workers' Union, AFL-CIO,
Northeast, Western Pennsylvania, Ohio Department ILGWU, New
York Coat, Suit, Dress Rainwear and Allied Workers Union,
Shamokin-Sunbury-Pottsville District Council ILGWU, Locals
185-306-351 ILGWU, Mathews (Thomas), Rubin (Milton), Byer
(Samuel), Hoffman (Sol), Northeast Apparel Assoc., Inc.
 NO. 87-5888
 United States Court of Appeals,
Third Circuit.
 JUN 06, 1988
 
 Appeal From: M.D.Pa.,
 Caldwell, J.
 
 
 1
 AFFIRMED.